# UNITED STATES DISTRICT COURT
for the

In the matter of the Search of )
)
Information that is stored at premises controlled by ) Case No. MJ21-5168
Google, for Investigation of 18 U.S.C. § 1855 and )
Other Offenses )

_____ FILED _____ LODGED
_____ RECEIVED
NOV 15 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## GEOFENCE SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Washington, described in Attachment A.

I find the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such will reveal the property and evidence described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before <u>8/11/2021</u> *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken. Alternatively, notice may be given by serving Google LLC with a copy of this warrant pursuant to 18 U.S.C. § 2703.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in the Western District of Washington.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: <u>7/30/2021 at</u> 11:45 A.M.

*Judge's signature*

City and state: <u>Tacoma, Washington</u>
J. Richard Creatura, United States Magistrate Judge
*Printed name and title*

USAO No. 201R00856

**Return**

| Case No.: MJ21-5168 | Date and time warrant executed: July 30, 2021 | Copy of warrant and inventory left with: Google LLC |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

The attached warrant was served to Google LLC on July 30, 2021.

Google responded to the warrant on December 28, 2021. Search parameters 1, 2, and 4, as defined in exhibit A, were searched and returned with no location history provided. Search parameter 003 was not searched due to a typographical error in the GPS coordinates in the search warrant.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/07/2022

Received: 11-15-2022
DW Christel
Magistrate Judge

CHRISTIAN ROPER
Digitally signed by CHRISTIAN ROPER
Date: 2022.11.07 14:22:11 -07'00'

*Executing officer's signature*

Law Enforcement Officer Christian Roper

*Printed name and title*

USAO No. 201R00856

## ATTACHMENT A

### Property to Be Searched

This warrant is directed to Google LLC and applies to:

3. Location History data, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted from devices to Google, reflecting devices that Google calculated were or could have been (as indicated by margin of error, *i.e.,* "maps display radius") located within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

4. Identifying information for Google Accounts associated with the responsive Location History data.

//
//

ATTACHMENT A - 1
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Initial Search Parameters

Search Parameter 1:

- Date: From July 13, 2021 at 9:00 pm (PDT) to July 14, 2021 at 4:00 am (PDT)

- Target Location: Geographical area identified as

   o A polygon defined by the following latitude/longitude coordinates (decimal degrees) connected by straight lines:
      - SE corner: 46°40'25.5"N X -122°14'09.8"W
      - SW corner: 46°40'13.7"N X -122°15'04.4"W
      - NW corner: 46°40'38.1"N X -122°15'16.8"W
      - NE corner: 46°40'55.2"N X -122°14'14.6"W



ATTACHMENT A - 2
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Search Parameter 2:

- Date: From July 13, 2021 at 9:00 pm (PDT) to July 14, 2021 at 4:00 am (PDT)

- Target Location:   Geographical area identified as

    o   A polygon defined by the following latitude/longitude coordinates (decimal degrees) connected by straight lines:
        - SE corner: 46°41'09.9"N X -122°14'04.0"W
        - SW corner: 46°41'12.4"N X -122°14'34.3"W
        - NW corner: 46°42'06.6"N X -122°14'31.9"W
        - NE corner: 46°41'50.1"N X -122°13'53.2"W



ATTACHMENT A - 3
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

AO 93 (Rev. 11/13) Search and Seizure Warrant (Modified: WAWD 2-12-2020)

Search Parameter 3:

- Date: From July 12, 2021 at 9:00 pm (PDT) to July 13, 2021 at 4:00 am (PDT)

- Target Location:   Geographical area identified as

  o   A polygon defined by the following latitude/longitude coordinates (decimal degrees) connected by straight lines:
    - S corner: 46°41'45.4"N X -122°8'55.6"W
    - E corner: 46°42'07.9"N X -122°58'10.0"W
    - N corner: 46°42'48.2"N X -122°59'08.6"W
    - W corner: 46°42'39.7"N X -122°14'35.0"W


ATTACHMENT A - 4
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Search Parameter 4:

- Date: From July 12, 2021 at 9:00 pm (PDT) to July 13, 2021 at 6:00 am (PDT)

- Target Location: Geographical area identified as

    o A polygon defined by the following latitude/longitude coordinates (decimal degrees) connected by straight lines:
        - S corner: 46°42'43.4"N X -122°00'38.1"W
        - W corner: 46°43'05.5"N X -122°01'43.6"W
        - N corner: 46°43'35.3"N X -122°01'22.4"W
        - E corner: 46°43'04.6"N X -122°00'08.5"W



ATTACHMENT A - 5
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to Be Seized

**III. Information to be disclosed by Google**

The information described in Attachment A, via the following process:

4. Google shall query location history data based on the Initial Search Parameters specified in Attachment A. For each location point recorded within the Initial Search Parameters, and for each location point recorded outside the Initial Search Parameters where the margin of error (*i.e.*, "maps display radius") would permit the device to be located within the Initial Search Parameters, Google shall produce to the government information specifying the corresponding unique device ID, timestamp, location coordinates, display radius, and data source, if available (the "Device List").

5. The government shall review the Device List and identify to Google the devices about which it seeks to obtain Google account identifier and basic subscriber information. The government may, at its discretion, identify a subset of the devices.

6. Google shall disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Accounts associated with each device ID appearing on the Device List about which the government inquires.

**This warrant does not authorize the disclosure or seizure of any email communications or messages (SMS text or Google chat).**

**IV. Information to Be Seized**

ATTACHMENT B - 1
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All information described above in Section I that constitutes evidence of violations of 18 USC § 1855, 36 CFR 261.5 (a), 36 CFR 261.5 were committed on July 13-14, 2021 involving an unknown person or persons.

ATTACHMENT B - 2
USAO No. 2021R00856

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970